### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
Dec 18 2009
DEC 1 8 2009 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Darnell Cooper

Kevin Rucker

Darvosh Ebrahimi

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

09CV7864
JUDGE COAR
MAGISTRATE ASHMAN

vs.

Sheriff Tom Dart

Director Salvador Godinez

Chief John Doe

Captain John Doe

Lieutenant Blunt

Sargent John Doe, Superintendent Swooks

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___✓___  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.   Plaintiff(s):**

A.   Name: _DARNELL COOPER_

B.   List all aliases. _NONE_

C.   Prisoner identification number: _#20070917563_

D.   Place of present confinement: _Cook County Jail_

E.   Address: _P.O. Box 089002 Chicago, Illinois, 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Tom Dart_

Title: _Sheriff_

Place of Employment: _Cook County Jail_

B.   Defendant: _Salvador Godinez_

Title: _Director_

Place of Employment: _Cook County Jail_

C.   Defendant: ~~Chief~~ _John Doe_

Title: _Chief_

Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

A. KEVIN RUCKER

B. LIST ALL ALIASES: NONE

C. PRISON IDENTIFICATION NUMBER: 2008 00/0702

D. PLACE OF PRESENT CONFINEMENT: Cook County Jail

E. ADDRESS: P.O. Box 089002, Chicago, Illinois, 60608

## Additional Plaintiffs

A. NAME: DARUOSH EBRAHIMI

B. LIST ALL ALIASES: NONE

C. PRISON IDENTIFICATION NUMBER: 200700/3540

D. PLACE OF CONFINEMENT: Cook County Jail

E. ADDRESS: P.O. Box 089002, Chicago, Illinois, 60608

14

D. Defendant: John Doe

Titikle: Captain

Place of Employment: Cook County Sail

E. Defendant: Blunt

Title: Lieutanant

Place of Employment: Cook County Sail

F. Defendant: John Doe

Title: Sargent

Place of Employment: Cook County Sail

G. Defendant: Snooks

Title: Superintendent

Place of Employment: Cook County Sail

.III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Darnush Ebrahime v. Cook County Department of Corrections, et, al, 09CV1534_

B.   Approximate date of filing lawsuit: _March 3, 2009_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Darnush Ebrahime_

D.   List all defendants: _Cook County Department of Corrections, Superintendent, inmate responsible, St. Anthony Medical Center, Cermak Health Services of Cook County_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F.   Name of judge to whom case was assigned: _Judge Castillo, Magistrate Judge Cole_

G.   Basic claim made: _Excessive Force_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _It's Still pending_

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

A. NAME of lawsuit: _Rucker v. U.S. Bank_

B. Approximate date of filing lawsuit: _Approximately December 3rd 2009._

C. List all Plaintiffs, including any Aliases: _Kevin D. Rucker_

D. List all Defendants: _US Bank_

E. Court in which the lawsuit was filed: _Northern District of Illinois._

F. Name of judge to whom case was assigned: _Judge hasn't been assign to case yet._

G. Basic claim made: _The Bank is refusing to give me my money out of my Account._

H. Disposition of this case: _Its still pending._

I. Approximate date of disposition: _It was filed a week ago, from the day this Complaint was drafted._

A. NAME of CASE AND docket NUMBER: DARNELL COOPER, et. Al., V. MICHAEL CASEY et., Al, NO. 93 C 1116

B. APPROXIMATE date of filing lawsuit: Approximately MARCH of 1993.

C. List All Plaintiffs, including ANY Aliases: ANTHONY Davis.

D. List All Defendants: MICHAEL CASEY, KEVIN LASKEY, CHARLES BANKS, Rodney STEWART, JAMES CERVENKA, Clyde E. NASH, KEITH LANGSTON, Rodney D. Johnson.

E. Court in which the lawsuit was filed: NORTHERN District of Illinois.

F. NAME of Judge to whom CASE was Assigned: Milton I. Shadur, Judge.

G. BASIC CLAIM MADE: EXCESSIVE FORCE, AND DENIAL of MEDICAL CARE.

H. Disposition of this case: Jury verdict in PLAINtiff FAVOR, DEFENDANTS APPEALED AND COURT of APPEAL ruled in plaintiff FAVOR in PART.

I. APPROXIMATE date of disposition: ARGUED MAY 16, 1996 And Decided October 2, 1996.

**IV.   Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

The plaintiff's now brings this Complaint based on our legal rights under the Eighth Amendment of the united States constitution Are being violated As follows:

On May 30, 2008 while confined in the Residental Treatment unit (R.T.U.), located in division 8, here at Cook County Department of Corrections, which was designed And Structured As A open dorm setting for mentally ill detainees who suffer from various mental illness.

The Residental treatment unit (R.T.U.) that housed "us" mentally ill detainees was equipped with therapeutic-programing that consisted of the following: daily group therapy sessions, therapeutic sessions, one on one counselling, Anger management, Alchoholics Anonymous, And All therapy groups in A

4

17

Community based structured environment RTU Division 8 was sufficiently staffed with psyche trained personnel and Cook County Department of Corrections officers that could properly identify mental-illnesses and other various psychosis with 24-Hour observation which served the needs of Mentally-ill detainees as mandated by law.

On May 20th 2008, while being confined in Division 8, RTU Residential treatment unit at approximately 6:30 p.m. officer Tolyas along with Dr. Sones under the supervision of Sgt. Salami advised "us" (RTU) inmates to pack all our belongings and informed us that we are being transferred to maximum security Division 10. Some detainees upon arrival were shoved into their cells and immediately locked in. Then we were informed that this is now A maximum security Division, and we are no longer considered RTU Detainees And that the psyche programs no longer exist.

Cont. next page

5

_Facts Statement of Claim cont._

Being that we are now housed in a maximum security Division we are currently lock out of our cells from 7:30 AM to 3:00 PM and not allowed to return to our cells. However, us mentally-ill RTU detainees after being medicated with prescribed psychotropic drugs become extremely drowsy and incoherent and are being left with no other Alternative but to sleep on the cold concrete floors, steel benches, or steel tables.

Us detainees that are falling to sleep all over the floors and being stepped on and tripped over by other detainees pacing the floors due to medication side effects we are forced to lay in and around mice droppings from rodents that roam freely around the tier.

Currently there are no programs in place to aide or prevent further deterioration of our fragile mental State.

In fact this maximum security setting is the complete opposite from a structure mandated by law for the mentally-ill detainees.

There is not any proper psyche staff available 24 hours a day as mandated by law.

Where there should be a proper system that can identify, treat and supervise detainees who are suicidal which is part of an adequate mental health program. There is a clear duty to protect detainees from self-destruction or self injury 24 hours a day as mandated by law.

Failure to have psyche trained staff on duty 24 hours a day with constant direct

_Con'd next page;_

Statement of Claim Cont.

Observation would result in placing "us" inmates at Risk of harm behind locked doors. Failure to take simple measures would seem justified in finding that the jail is deliberately indifferent to detainees with medical needs. Now, the mental health system does not exist for us mentally-ill detainees. Failure to train officers and failure to take basic steps to prevent suicide including monitoring detainees 24 hours a day on all 3-shifts. Pretrail mentally-ill detainees do not surrender their rights to equal protection of the law at the jail gates.

Therefore, detainees that suffer from various mental illnesses and psychosis must be housed in a setting with adequate programs in a place that would guide and aide mentally-ill detainees. Now, the current policies and practices that are in place does not compare with the initial mental health department proceedual.

Thus, all the herein defendants deliberate indifference violated the plaintiffs constitutional right. They knew or should have known that their actions or inaction violated the law that govern mental illness.

According to Cook County Department of Corrections rules and regulations the plaintiffs laundry is to be sent to the laundry once a week. It been approximately 1½ - months since laundry has been taken out. Our towels and other laundry is mildewed.

There haven't been any heat on 2-B since 10-15-09 til this present day. As a result of no heat, Detainees have gotten

Relief Cont. Next Page

<u>Statement of Claim Cont.</u>

etc Colds and the flu.

    Wherein the plaintiffs was placed in cells that was dirty And had "Black Soot" (Black Smoke) over the walls and floor And under the desks.
    The plaintiffs has attached a "Mouse" to the Complaint as further proof that the plaintiffs are living in a filthy And diseased environment.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiffs prays that this court will find in their favor and against each defendant in the amount of $15,000.00 for compensatory damages.

The plaintiffs prays that this court will rule in their favor and against each

Cont. next page

## VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____.

_Darnell Cooper_
(Signature of plaintiff or plaintiffs)

DARNELL COOPER
(Print name)

# 200700875 63
(I.D. Number)

P.O. Box 089002
Chicago, Illinois, 60608
(Address)

6

Revised 9/2007

Relief Continue

defendant in the Amount of $30,000ºº in
punitive damages.

The plaintiffs prays that this
court will order order the defendants to
pay Attorney fees.

The plaintiffs pray that
this court will order the defendants
to pay All court cost.

_____
(Signature of Plaintiff)

DARUOSH EbrahiMi
(Print NAM)

2007001254 0

_____
(I.D. Number)

P.O.Box 089002
chicago IL 60608
(Address)

Kevin D. Rucker
(Signature of Plaintiff)

Kevin D. Rucker
(Print NAME)

2008 001 0702
(I.D. Number)
P.O. Box 089002
Chicago Il 60608
(Address)

Part-A / Control #: _____ X__ _____

Referred To: _____

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: _Rucker, Cooper, Ebrahimi_ First Name: _Kevin, Darnell, Daruosh_

ID #: _2008 - 0010702_ Div.: _10_ Living Unit: _B2_ Date: _11 / 10 / 09_
_20070047563_        _2007-0012-540_

BRIEF SUMMARY OF THE COMPLAINT: _Detainee Kevin Rucker, Now brings_

_this Grievance based on my legal rights under the eight Amendment_
_of the united states Constitution are being Violated as Follow:_
_On MAY 20, 2008 while Confined in the Residental Treatment unit_
_(RTU), located in division 8, here at Cook county Department of_
_Corrections, which was designed and structured as a Open dorm_
_setting For Mentally ill detainees who suffer from Various Mental_
_illness, the residential treatment Unit (RTU) that house "us"_
_Mentally ill detainees was equipped with therapeutic-programing_
_that Consisted of the Following: daily group therapy Sessions,_
_therapeutic sessions, one on one Counselling, anger Management,_
_alchoholics anomymous, and art therapy Groups in a Community →_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

**DETAINEE SIGNATURE:** _Kevin Rucker, Darnell Cooper_
                        _Daruosh Ebrahimi_

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: _____ / _____ / _____

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Rucker,Cooper,Ebrahimi First Name: Kevin, Darnell, Daruosh

ID #: 2008 - 0010702   Div.: 10   Living Unit: B2   Date: 11/10/09
3000 0097563   2007-0012-540

BRIEF SUMMARY OF THE COMPLAINT: Based Structured enviorment RTU
Division 8 was sufficiently staffed with psyche trained
Personnel and Cook County Department of Corrections officers that
could properly identify Mental-illnesses and other various
Psychosis, with 24 hour observation which served the needs of
mentally-ill detainees as mandated by law. It is Further stated
that also on May 20, 2008, while being confined in Division 8, RTU
Residential treatment unit, Approximately 630 pm, officer
Borjas along with Dr Jones under surpervision of Sgt. Salami
advised "us (RTU) inmates to pack all our belongings and informed
us that we are being transfered to maximum security Division 10,
Some detainees upon arrival were shoved into their cells and →

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING: _____
_____

**DETAINEE SIGNATURE:** Kevin Rucker, Darnell Cooper
DARUOSH Ebrahimi

C.R.W.'S SIGNATURE: _____
DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: _Rucker, cooper, ebrahim_ First Name: _Kevin, Darnell, Daruosh_

ID #: _2008 - 0010702_ Div.: _10_ Living Unit: _B2_ Date: _11 / 10 / 09_
    _2007 00975-63_   _2007-001-2540_

BRIEF SUMMARY OF THE COMPLAINT: _Immediatly locked in. Then we were:_

_informed that this is now a maximum security division, and we are_

_no-longer considered R.T.U. detainees and that the psyche programs_

_no-longer exist._ _____

_____ *Facts* _____

_Being that we are now housed in a maximum security division;_

_We are currently lock out of our cells from 7:30am to 2:00pm_

_and not allowed to return to our cells. However, us mentally-ill_

_R.T.U detainees after being medicated with prescribed psycho-_

_tropic drugs/medication, become extremely drowsy and_

_incoherent, and are being left with no other alternative but →_

---

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

---

ACTION THAT YOU ARE REQUESTING:

---

**DETAINEE SIGNATURE:** _Kevin Rucker, Darnell Cooper_
                        DARUOSH Ebrahimi

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _____/_____/_____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____ .

Referred To: _____

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: _Rucker, Cooper, Ebrahimi_  First Name: _Kevin, Darnell, Daruosh_

ID #: _2008 - 001-0702 -_  Div.: _10_  Living Unit: _BZ_  Date: _11 / 10 / 09_
_200700475-63_    _2007-001-2540_

BRIEF SUMMARY OF THE COMPLAINT: _to sleep on cold concrete floors, steel benches, or steel tables. These detainees that are falling to sleep all over the floors and being stepped on and tripped over by other detainees pacing the floors due to medication side effects. Also these detainees are forced to lay in and around mice droppings from rodents that roam freely around the tier. Currently there are no programs in place to aide or prevent further deterioration of our fragile mental state. In fact this maximum security setting is the complete opposite from a structure mandated by law for the mentally ill detainees. There is not any proper Psyche. staff available 24 hours a day as mandated by law. Where there should be a proper system that can identify, treat and supervise detainee who →_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING: _____
_____

---

**DETAINEE SIGNATURE:** _Kevin Rucker, Darnell Cooper_
_Daruosh Ebrahimi_

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___/___/___

_Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form._
_All appeals must be made in writing and directly submitted to the Superintendent._

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____ _____ _____

☐ Processed as a request.

---

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: Rucker, Cooper, Ebrahimi   First Name: Kevin, Darnell, Darusoh

ID #: 2008-0010702  Div.: 10  Living Unit: B2  Date: 11/10/09
200700875-63    2007-001-2540

BRIEF SUMMARY OF THE COMPLAINT: are Suicidal, which is Part of an
adequate mental health Program. Now, there is a clear duty
to Protect detainees from self-destruction or self injury 24 hours
a day as mandated by law. Where there should be a Proper
System that can identify, treat and supervise detainees who
are suicidal, which is part of an adequate mental health
Program. Failure to have Psyche trained staff on duty 24 hours
a day with constant direct observation would result in Placing
"45" inmates at risk of harm behind locked doors. Failure to
take simple measures would seem justified an finding that
the jail is deliberately indifferent to detainees with
medical needs. Now, the mental medical health system does→

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Kevin Rucker, Darnell Cooper,
DARUOSH Ebrahimi

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___/___/___

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #:_____ X___ ___

Referred To:_____

☐ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Rucker, Cooper, Ebrahimi First Name: Kevin, Darnell, Daruosh

ID #: 2008 - 001 0702 Div.: 10  Living Unit: B2  Date: 11 / 10 / 09
2007 004 7563   2007-001-2540

BRIEF SUMMARY OF THE COMPLAINT: not exist For us mentally ill detainees
Failure to train officers and Failure to take basic steps to
prevent suicide including monitoring detainees 24 hour a day
on all 3 shifts. Pretrail mentally ill detainees do not
surrender their rights to equal protection of the law at the
Jail gates. Therefor, detainees that suffer from various
mental illnesses and psychosis must be housed in a
setting with adequate programs in a place that would
guide and aide mentally-ill detainees. Now, the current
policies and practices that are in place does not compare
with the initial mental health department proceedual
practice.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Kevin Rucker, Darnell Cooper
DARUOSH Ebrahimi

C.R.W.'S SIGNATURE:_____  DATE C.R.W. RECEIVED: ____/____/____

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X ___  _____

Referred To: _____  ____

☐ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Rucker, Cooper, Ebrahimi___   First Name: _Kevin, Darnell, Daruosh_

ID #: _2008_ - _001 0702_   Div.: _10_   Living Unit: _B2_   Date: _11 / 10 / 09_
           _2007  0047563   2007-001 - 2548_

BRIEF SUMMARY OF THE COMPLAINT: _Relief Requested_

① To design and implement a program immediately to address the need of the mentally ill detainees as mandated by law.

② To put in place 24 hour observation of "us" mentally ill detainees as mandated by law.

③ To assign and designate trained psyche officers to address the needs of "us" detainees as mandated by law.

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: _Kevin D. Rucker, Darnell Cooper_
                    _DARUOSH Ebrahimi_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ____ / ____ / ____

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhibit A

The Mouse